OPINION — AG — ** ASSESSMENT — FIRE PROTECTION DISTRICTS — BONDS ** THE ANNUAL ASSESSMENT FOR FIRE PROTECTION DISTRICTS UNDER 19 O.S. 901.19 [19-901.19] DOES, BY VIRTUE OF 19 O.S. 901.18 [19-901.18], INCLUDE AD VALOREM TAXED REAL PROPERTY OF PUBLIC SERVICE CORPORATION, BUT DOES NOT INCLUDE ANY PERSONAL PROPERTY. (TAXATION, PUBLIC SERVICE PROPERTY, LEVY ASSESSMENT, COUNTY OFFICER, REAL PROPERTY, AD VALOREM TAXATION, PUBLIC SERVICE CORPORATIONS) CITE: 19 O.S. 901.18 [19-901.18], 19 O.S. 901.19 [19-901.19] (HUGH A. MANNING)